In the Matter of the Judicial Settlement of the Account of HELEN DEUTSCH and MAURICE B. KAGAN, as Coexecutors of the Estate of SAMUEL DEUTSCH, Deceased, Appellants. SAMUEL EBENSTEIN, Special Guardian, Respondent.— Decree, so far as appealed from, unanimously modified by reducing the amount of the allowance to the sum of $1,000, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of EMANUEL HALPERN, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of SAMUEL H. LAGUSKER, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LOUISE M. FREDENDALL, Also Known as LOUISE M. SCHAEFER, Respondent, Appellant, and BEVERLY FREDENDALL, Plaintiff, v. ABRAHAM & STRAUS, INC., Appellant, Respondent.— Judgment unanimously reversed and a new trial ordered with costs to the defendant to abide the event, unless the plaintiff Louise M. Fredendall, also known as Louise M. Schaefer, stipulates to reduce the judgment as entered to the sum of $2,000, with interest from the date of the breach to the date of the trial, plus $172.60 costs; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN & TRUST COMPANY). as Trustee, etc., of EMMA J. MASON, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

MACANDREWS & FORBES COMPANY v. THE NATIONAL CITY BANK OF NEW YORK. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of IRVING L. COHEN and Others for an Order of Mandamus against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of CENTRAL HANOVER BANK AND TRUST COMPANY for a Construction of the Will of RALPH L. SHAINWALD, Deceased. CENTRAL HANOVER BANK AND TRUST COMPANY. RALPH L. SHAINWALD VON AHLEFELDT. MAISIE DE KERCHOVE and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JEAN ADAMS and Another v. EDMUND LANG and Others, Impleaded with JOHN R. DILLON and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

CECILE B. APPLETON v. NEW YORK STEAM CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ELIZABETH C. REISINGER and Another v. THE PULLMAN COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Dore, Cohn and Callahan, JJ.